**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:     RAZA GILANI | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-15577 |

**AMENDED ORDER**

AND NOW, this 24th day of September, 2019 upon consideration of the debtor's motion for an extension of time, it is HEREBY ORDERED that said motion is GRANTED. The debtor shall have an additional fourteen(14) days to comply with the Court's Order and shall file all required documents on or before October 7, 2019.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Movant's Counsel:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Scott F. Waterman, Esquire
2901 St. Lawrence Ave.
Reading, PA 19606