United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-15577-jkf
Raza Gilani                                                     Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Sep 24, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2019.
db            +Raza Gilani,   2820 Westerham Road,   Downingtown, PA 19335-6020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
          KEVIN G. MCDONALD   on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          ZACHARY  PERLICK   on behalf of Debtor Raza  Gilani Perlick@verizon.net,   pireland1@verizon.net
                                                                               TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      RAZA GILANI                 :      Chapter 13
                                        :
                                        :
            Debtor                      : Bankruptcy No. 19-15577

### AMENDED ORDER

AND NOW, this 24th day of September , 2019 upon consideration of the debtor's motion for an extension of time, it is HEREBY ORDERED that said motion is GRANTED.  The debtor shall have an additional fourteen(14) days to comply with the Court's Order and shall file all required documents on or before October 7, 2019.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Movant's Counsel:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Scott F. Waterman, Esquire
2901 St. Lawrence Ave.
Reading, PA 19606