United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 19-15577-jkf
Raza Gilani   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Keith   Page 1 of 2   Date Rcvd: Oct 17, 2019
    Form ID: 309I   Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.
```
db             +Raza Gilani,    2820 Westerham Road,    Downingtown, PA 19335-6020
tr             +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                 Reading, PA 19606-2265
14385186       +Brittany J. Suttell, Esquire,    929 S. High Street,    Suitq 148,    West Chester, PA 19382-5466
14385189       +Chester County Tax Claim Bureau,    313 West Market Street,    Suite 3602,
                 West Chester, PA 19382-2804
14385191       +Daniel J. Santucci, Esquire,    POB 517,    Essington, PA 19029-0517
14385192       +David J. Apothaker, Esquire,    1341 N. Delaware Ave.,    Philadelphia, PA 19125-4300
14385193       +Midland Credit Management, Inc.,    P.O. Box 2021,    Warren, MI 48090-2021
14385194       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: Perlick@verizon.net Oct 18 2019 03:40:53      ZACHARY PERLICK,    1420 Walnut Street,
                 Suite 718,    Philadelphia, PA 19102
smg             E-mail/Text: megan.harper@phila.gov Oct 18 2019 03:42:49      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2019 03:42:40      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 18 2019 03:42:30      United States Trustee,
                 Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14385185       +E-mail/Text: backoffice@affirm.com Oct 18 2019 03:43:08      Affirm Inc.,
                 650 California Street,    Fl. 12,    San Francisco, CA 94108-2716
14401834        EDI: GMACFS.COM Oct 18 2019 07:23:00      Ally Financial,    POB 130424,
                 Saint Paul, MN 55113-0004
14401835       +EDI: AMEREXPR.COM Oct 18 2019 07:23:00      American Express,    POB 297871,
                 Fort Lauderdale, FL 33329-7871
14402568        EDI: BECKLEE.COM Oct 18 2019 07:23:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14385187        EDI: CAPITALONE.COM Oct 18 2019 07:23:00      Capital One,    P.O. Box 85617,
                 Richmond, VA 23276-0001
14406683       +EDI: AIS.COM Oct 18 2019 07:33:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14385188       +E-mail/Text: bankruptcy@cavps.com Oct 18 2019 03:42:37      Cavalry SPV, I, LLC,
                 500 Summit Lake Dr., Suite 400,    Valhalla, NY 10595-2321
14385190       +EDI: CITICORP.COM Oct 18 2019 07:23:00      Citibank, N.A.,    701 East 60th Street N,
                 Sioux Falls, SD 57104-0493
14401841        EDI: WFNNB.COM Oct 18 2019 07:33:00      Comenity Bank,    PO Box 182789,
                 Columbus, OH 43218-2789
14401844        EDI: IRS.COM Oct 18 2019 07:33:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14401846        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2019 03:42:19      PA Department of Revenue,
                 Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
14387966        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2019 03:42:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14386067       +EDI: RMSC.COM Oct 18 2019 07:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14385195       +E-mail/Text: notices@burt-law.com Oct 18 2019 03:43:04      Velocity Investment LLC,
                 c/o Burton, Neil & Associates,    1060 Andrew Ave.,    West Chester, PA 19380-4292
                                                                                                TOTAL: 18
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14401848         Shazia Hashmi
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
14401833*       +Affirm Inc.,    650 California Street,    Fl. 12,    San Francisco, CA 94108-2716
14401836*       +Brittany J. Suttell, Esquire,    929 S. High Street,    Suitq 148,    West Chester, PA 19382-5466
14401837*        Capital One,    P.O. Box 85617,    Richmond, VA 23276-0001
14401838*       +Cavalry SPV, I, LLC,    500 Summit Lake Dr., Suite 400,    Valhalla, NY 10595-2321
14401839*       +Chester County Tax Claim Bureau,    313 West Market Street,    Suite 3602,
                  West Chester, PA 19382-2804
14401840*       +Citibank, N.A.,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
14401842*       +Daniel J. Santucci, Esquire,    POB 517,    Essington, PA 19029-0517
14401843*       +David J. Apothaker, Esquire,    1341 N. Delaware Ave.,    Philadelphia, PA 19125-4300
14401845*       +Midland Credit Management, Inc.,    P.O. Box 2021,    Warren, MI 48090-2021
14401847*       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14401849*       +Velocity Investment LLC,    c/o Burton, Neil & Associates,    1060 Andrew Ave.,
                  West Chester, PA 19380-4292
                                                                                         TOTALS: 1, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Keith              Page 2 of 2              Date Rcvd: Oct 17, 2019
                              Form ID: 309I            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:

```
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY   PERLICK    on behalf of Debtor Raza   Gilani Perlick@verizon.net,   pireland1@verizon.net
                                                                                                TOTAL: 4
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Raza Gilani** | | Social Security number or ITIN | xxx–xx–4390 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | Date case filed for chapter 13 | 9/9/19 |
| Case number: | 19–15577–jkf | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Raza Gilani | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2820 Westerham Road<br>Downingtown, PA 19335 | |
| 4. | **Debtor's attorney**<br>Name and address | ZACHARY PERLICK<br>1420 Walnut Street<br>Suite 718<br>Philadelphia, PA 19102 | Contact phone (215) 569–2922<br>Email: Perlick@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 10/17/19 |

**For more information, see page 2**

| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 15, 2019 at 12:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** Suite 18–341, 1234 Market Street, Philadelphia, PA 19107 |
|---|---|---|
| 8. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br> **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/14/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/18/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/7/20** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1250.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on: <br> **12/18/19** at **9:30 AM** , Location: **Courtroom #3, 900 Market Street, Philadelphia, PA 19107** | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |