MARCUS & HOFFMAN, P.C.
BY: MICHELLE J. STRANEN, ESQUIRE
Attorney Identification No. 208793
326 West State Street
Media, PA 19063
(610) 565-4660
**Attorney for Creditor**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

RAZA GILANI :

: CASE NO. 19-15577-jkf

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT The Reserves at Bailey Station Homeowners Association, a community association organized and existing under the laws of Pennsylvania appears herein by its counsel, Marcus & Hoffman, P.C., and pursuant to Bankruptcy Rule 2002 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C.A. § 1109(b), demands that all notices given or required to be served in this case, be given to and served upon the following:

Michelle J. Stranen, Esquire
Marcus & Hoffman, P.C.
326 West State Street
Media, PA 19063

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or otherwise: (1) which affect or seek to affect in any way any rights or properties in which The Reserves at Bailey Station Homeowners Association may have an interest, or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Raza Gilani.

Dated: 12/20/19

MICHELLE J. STRANEN, ESQUIRE
Marcus & Hoffman, P.C.
326 West State Street
Media, PA 19063
mstranen@marcushoffman.com