| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 580 |
|---|---|---|---|---|---|
| NUH | 001939 | 002000 | | 0000300003 | 1 |

# Earnings Statement

ADP

AMERICA WORKS OF NEW JERSEY, INC
228 EAST 45TH ST/16TH FLOOR
NEW YORK, N.Y. 10017

Period Beginning: 07/08/2019
Period Ending: 07/21/2019
Pay Date: 07/25/2019

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 NJ: 0,Table B
 PA: N/A

GILANI,RAZA SHAH
2820 WESTERHAM ROAD
DOWNINGTOWN PA 19335

| Earnings | rate | other/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4730.77 | 70.00 | 4,730.77 | 70,961.55 |
| Bonus | | | | 5,983.05 |
| Bonus2 | | | | 2,075.00 |
| Gross Pay | | | $4,730.77 | 79,019.60 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 189.23 | |

**Important Notes**
BASIS OF PAY: NA

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -510.02 | 9,647.53 |
| Social Security Tax | | -276.32 | 4,647.90 |
| Medicare Tax | | -64.62 | 1,087.01 |
| PA State Income Tax | | -136.82 | 2,301.44 |
| NJ SUI/SDI Tax | | | 232.20 |
| **Other** | | | |
| Dental/Vision | | -18.27* | 274.05 |
| Pretax Medical | | -255.75* | 3,779.43 |
| 401K | | -236.54* | 3,548.10 |
| Net Pay | | $3,232.43 | |
| Checking1 | | -3,232.43 | |
| Net Check | | $0.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,220.21

---

AMERICA WORKS OF NEW JERSEY, INC
228 EAST 45TH ST/16TH FLOOR
NEW YORK, N.Y. 10017

Advice number: 00000300003
Pay date: 07/25/2019

Deposited to the account of
GILANI,RAZA SHAH

| account number | transit ABA | amount |
|---|---|---|
| | | $3,232.43 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 580 |
|---|---|---|---|---|---|
| NUH | 001939 | 002000 | | 0000320003 | 1 |

# Earnings Statement



AMERICA WORKS OF NEW JERSEY, INC
228 EAST 45TH ST/16TH FLOOR
NEW YORK, N.Y. 10017

Period Beginning: 07/22/2019
Period Ending: 08/04/2019
Pay Date: 08/08/2019

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0
    NJ: 0,Table B
    PA: N/A

GILANI,RAZA SHAH
2820 WESTERHAM ROAD
DOWNINGTOWN PA 19335

| Earnings | rate | other/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4730.77 | 70.00 | 4,730.77 | 75,692.32 |
| Bonus | | | | 5,983.05 |
| Bonus2 | | | | 2,075.00 |
| **Gross Pay** | | | **$4,730.77** | 83,750.37 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -510.02 | 10,157.55 |
| | Social Security Tax | -276.32 | 4,924.22 |
| | Medicare Tax | -64.62 | 1,151.63 |
| | PA State Income Tax | -136.82 | 2,438.26 |
| | NJ SUI/SDI Tax | | 232.20 |
| | **Other** | | |
| | Dental/Vision | -18.27* | 292.32 |
| | Pretax Medical | -255.75* | 4,035.18 |
| | 401K | -236.54* | 3,784.64 |
| | **Net Pay** | **$3,232.43** | |
| | Checking1 | -3,232.43 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 189.23 | |

**Important Notes**
BASIS OF PAY: NA

* Excluded from federal taxable wages

Your federal taxable wages this period are $4,220.21

---

AMERICA WORKS OF NEW JERSEY, INC
228 EAST 45TH ST/16TH FLOOR
NEW YORK, N.Y. 10017

Advice number: 00000320003
Pay date: 08/08/2019

Deposited to the account of
GILANI,RAZA SHAH

| account number | transit | ABA | amount |
|---|---|---|---|
| | | | $3,232.43 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 580 |
|---|---|---|---|---|---|
| NUH | 001939 | 002000 | | 0000340003 | 1 |

# Earnings Statement

ADP

AMERICA WORKS OF NEW JERSEY, INC
228 EAST 45TH ST/16TH FLOOR
NEW YORK, N.Y. 10017

Period Beginning: 08/05/2019
Period Ending: 08/18/2019
Pay Date: 08/22/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  NJ: 0,Table B
  PA: N/A

GILANI,RAZA SHAH
2820 WESTERHAM ROAD
DOWNINGTOWN PA 19335

| Earnings | rate | other/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4730.77 | | 4,730.77 | 80,423.09 |
| Bonus | | | 725.00 | 6,708.05 |
| Bonus2 | | | | 2,075.00 |
| **Gross Pay** | | | **$5,455.77** | 89,206.14 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 189.23 | |

**Important Notes**
BASIS OF PAY: NA

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -669.52 | 10,827.07 |
| | Social Security Tax | -321.27 | 5,245.49 |
| | Medicare Tax | -75.14 | 1,226.77 |
| | PA State Income Tax | -159.08 | 2,597.34 |
| | NJ SUI/SDI Tax | | 232.20 |
| | Other | | |
| | Dental/Vision | -18.27* | 310.59 |
| | Pretax Medical | -255.75* | 4,290.93 |
| | 401K | -236.54* | 4,021.18 |
| | **Net Pay** | **$3,720.20** | |
| | Checking1 | -3,720.20 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $4,945.21

---

AMERICA WORKS OF NEW JERSEY, INC
228 EAST 45TH ST/16TH FLOOR
NEW YORK, N.Y. 10017

Advice number: 00000340003
Pay date: 08/22/2019

Deposited to the account of
GILANI,RAZA SHAH

account number    transit ABA    amount
$3,720.20

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

AMERICA WORKS OF NEW JERSEY, INC
228 EAST 45TH ST/16TH FLOOR
NEW YORK, N.Y. 10017

Period Beginning: 08/19/2019
Period Ending: 09/01/2019
Pay Date: 09/05/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  NJ: 0,Table B
  PA: N/A

GILANI,RAZA SHAH
2820 WESTERHAM ROAD
DOWNINGTOWN PA 19335

| Earnings | rate | other/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4730.77 | | 4,730.77 | 85,153.86 |
| Bonus | | | | 6,708.05 |
| Bonus2 | | | | 2,075.00 |
| **Gross Pay** | | | **$4,730.77** | 93,936.91 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -510.02 | 11,337.09 |
| Social Security Tax | -276.31 | 5,521.80 |
| Medicare Tax | -64.62 | 1,291.39 |
| PA State Income Tax | -136.82 | 2,734.16 |
| NJ SUI/SDI Tax | | 232.20 |
| **Other** | | |
| Dental/Vision | -18.27* | 328.86 |
| Pretax Medical | -255.75* | 4,546.68 |
| 401K | -236.54* | 4,257.72 |
| **Net Pay** | **$3,232.44** | |
| Checking1 | -3,232.44 | |
| **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 189.23 | |

**Important Notes**
BASIS OF PAY: NA

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,220.21

© 2000 ADP, LLC

---

AMERICA WORKS OF NEW JERSEY, INC
228 EAST 45TH ST/16TH FLOOR
NEW YORK, N.Y. 10017

Advice number: 00000360004
Pay date: 09/05/2019

Deposited to the account of
GILANI,RAZA SHAH

account number    transit ABA    amount
                                 $3,232.44

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO.  | FILE   | DEPT.  | CLOCK | VCHR. NO. |     |
|------|--------|--------|-------|-----------|-----|
| NUH  | 001939 | 002000 |       | 0000380004 | 580 |

# Earnings Statement

**ADP**

AMERICA WORKS OF NEW JERSEY, INC  
228 EAST 45TH ST/16TH FLOOR  
NEW YORK, N.Y. 10017

Period Beginning:   09/02/2019  
Period Ending:      09/15/2019  
Pay Date:           09/19/2019

Taxable Marital Status:  Married  
Exemptions/Allowances:  
  Federal:  0  
  NJ:       0,Table B  
  PA:       N/A

GILANI,RAZA SHAH  
2820 WESTERHAM ROAD  
DOWNINGTOWN PA 19335

| Earnings | rate    | other/hours | this period | year to date |
|----------|---------|-------------|-------------|--------------|
| Regular  | 4730.77 | 70.00       | 4,730.77    | 89,884.63    |
| Bonus    |         |             |             | 6,708.05     |
| Bonus2   |         |             |             | 2,075.00     |
| **Gross Pay** |    |             | **$4,730.77** | 98,667.68  |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Er 401K Match                  | 93.86       |               |

**Important Notes**  
BASIS OF PAY: NA

| Deductions | Statutory |  |
|------------|-----------|--|
| | Federal Income Tax | -510.02 | 11,847.11 |
| | Social Security Tax | -276.32 | 5,798.12 |
| | Medicare Tax | -64.62 | 1,356.01 |
| | PA State Income Tax | -136.82 | 2,870.98 |
| | NJ SUI/SDI Tax |  | 232.20 |
| | **Other** | | |
| | Dental/Vision | -18.27* | 347.13 |
| | Pretax Medical | -255.75* | 4,802.43 |
| | 401K | -236.54* | 4,494.26 |
| | **Net Pay** | **$3,232.43** | |
| | Checking1 | -3,232.43 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,220.21

© 2000 ADP, LLC

---

AMERICA WORKS OF NEW JERSEY, INC  
228 EAST 45TH ST/16TH FLOOR  
NEW YORK, N.Y. 10017

Advice number:  00000380004  
Pay date:       09/19/2019

Deposited to the account of  
GILANI,RAZA SHAH

| account number | transit ABA | amount |
|----------------|-------------|--------|
|                |             | $3,232.43 |

*THIS IS NOT A CHECK*

# NON-NEGOTIABLE