# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | RAZA GILANI | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 19-15577 |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Amended Schedule D and a Bankruptcy Notice have been served upon the Trustee and all interested parties on January 30, 2020 by regular first class mail or electronic mail.

Respectfully submitted,

/Zachary Perlick/
ZACHARY PERLICK, ESQUIRE
1420 Walnut Street, Suite 718
Philadelphia, PA 19102
Phone: (215) 569-2922
Fax:    (215) 569-1444