# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-15577(AMC) |
| RAZA GILANI | : | CHAPTER 13 |
| | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | OCTOBER 14, 2020 AT 11:00 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

## **CERTIFICATE OF SERVICE**

    Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy of Ally Financial Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on September 8, 2020, upon the following individuals:

                                  LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED:  September 8, 2020      By:  /s/ Regina Cohen
                                                Regina Cohen, Esquire
                                                Attorneys for Ally Financial Inc.

## **SERVICE LIST**

Zachary Perlick, Esquire
1420 Walnut Street
Suite 718
Philadelphia, PA 19102
(Via ECF Only)

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)

Raza Gilani
2820 Westerham Road
Downingtown, PA 19335

2185433v1