United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-15577-amc |
|---|---|
| Raza Gilani | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raza Gilani, 2820 Westerham Road, Downingtown, PA 19335-6020 |
| cr | + | PNC BANK NATIONAL ASSOCIATION, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14533520 | + | Ally Financial Inc., c/o REGINA COHEN, Lavin Cedrone Graver Boyd and Disipio, 190 North Independence Mall West, 6th and Race Streets, Suite 500 Philadelphia, PA 19106-1554 |
| 14401835 | + | American Express, POB 297871, Fort Lauderdale, FL 33329-7871 |
| 14402568 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14385186 | + | Brittany J. Suttell, Esquire, 929 S. High Street, Suitq 148, West Chester, PA 19382-5466 |
| 14385189 | + | Chester County Tax Claim Bureau, 313 West Market Street, Suite 3602, West Chester, PA 19382-2804 |
| 14417933 | + | Chester County Tax Claim Bureau, 313 West Market Street, West Chester PA 19382-2804 |
| 14385190 | + | Citibank, N.A., 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 14385191 | + | Daniel J. Santucci, Esquire, POB 517, Essington, PA 19029-0517 |
| 14385192 | + | David J. Apothaker, Esquire, 1341 N. Delaware Ave., Philadelphia, PA 19125-4300 |
| 14385193 | + | Midland Credit Management, Inc., P.O. Box 2021, Warren, MI 48090-2021 |
| 14389197 | + | PNC BANK NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14389986 | + | PNC BANK NATIONAL ASSOCIATION, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 14 2021 03:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 14 2021 03:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jan 14 2021 03:11:00 | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: mstranen@marcushoffman.com | Jan 14 2021 03:11:00 | Reserves at Bailey Station Homeowners Association, c/o Michelle J. Stranen, Esquire, 326 West State Street, Media, PA 19063-3861 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 03:19:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14385185 | + | Email/Text: backoffice@affirm.com | Jan 14 2021 03:13:00 | Affirm Inc., 650 California Street, Fl. 12, San Francisco, CA 94108-2716 |
| 14411354 | | Email/Text: ally@ebn.phinsolutions.com | Jan 14 2021 03:11:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14401834 | | Email/Text: ally@ebn.phinsolutions.com | Jan 14 2021 03:11:00 | Ally Financial, POB 130424, Saint Paul, MN 55113-0004 |
| 14385187 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 14 2021 03:19:31 | Capital One, P.O. Box 85617, Richmond, VA |

Case 19-15577-amc   Doc 73   Filed 01/15/21   Entered 01/16/21 00:54:03   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14406683 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 14 2021 03:23:13 | 23276-0001<br>Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14385188 | + | Email/Text: bankruptcy@cavps.com | Jan 14 2021 03:12:00 | Cavalry SPV, I, LLC, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 14401841 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2021 03:12:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14401844 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2021 03:12:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14420318 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2021 03:21:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14421579 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2021 03:12:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14401846 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2021 03:12:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14385194 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 14 2021 03:12:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14427063 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 14 2021 03:12:00 | PNC Bank, NA, P.O. Box 94982, Cleveland, OH 44101 |
| 14387966 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2021 03:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14419470 | | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2021 03:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14443402 | + | Email/Text: mstranen@marcushoffman.com | Jan 14 2021 03:11:00 | Reserves at Bailey Station Homeowners Association, c/o MICHELLE J. STRANEN, Esquire, Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |
| 14386067 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 03:19:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14385195 | + | Email/Text: notices@burt-law.com | Jan 14 2021 03:13:00 | Velocity Investment LLC, c/o Burton, Neil & Associates, 1060 Andrew Ave., West Chester, PA 19380-4292 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14401848 | | Shazia Hashmi |
| 14459835 | | Shazia Hashmi |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14401833 | *+ | Affirm Inc., 650 California Street, Fl. 12, San Francisco, CA 94108-2716 |
| 14459820 | *+ | Affirm Inc., 650 California Street, Fl. 12, San Francisco, CA 94108-2716 |
| 14459821 | * | Ally Financial, POB 130424, Saint Paul, MN 55113-0004 |
| 14459822 | *+ | American Express, POB 297871, Fort Lauderdale, FL 33329-7871 |
| 14401836 | *+ | Brittany J. Suttell, Esquire, 929 S. High Street, Suitq 148, West Chester, PA 19382-5466 |
| 14459823 | *+ | Brittany J. Suttell, Esquire, 929 S. High Street, Suitq 148, West Chester, PA 19382-5466 |
| 14401837 | * | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14459824 | * | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14401838 | *+ | Cavalry SPV, I, LLC, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 14459825 | *+ | Cavalry SPV, I, LLC, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 14401839 | *+ | Chester County Tax Claim Bureau, 313 West Market Street, Suite 3602, West Chester, PA 19382-2804 |

| | | |
|---|---|---|
| 14459826 | *+ | Chester County Tax Claim Bureau, 313 West Market Street, Suite 3602, West Chester, PA 19382-2804 |
| 14401840 | *+ | Citibank, N.A., 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 14459827 | *+ | Citibank, N.A., 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 14459828 | * | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14401842 | *+ | Daniel J. Santucci, Esquire, POB 517, Essington, PA 19029-0517 |
| 14459829 | *+ | Daniel J. Santucci, Esquire, POB 517, Essington, PA 19029-0517 |
| 14401843 | *+ | David J. Apothaker, Esquire, 1341 N. Delaware Ave., Philadelphia, PA 19125-4300 |
| 14459830 | *+ | David J. Apothaker, Esquire, 1341 N. Delaware Ave., Philadelphia, PA 19125-4300 |
| 14459831 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14401845 | *+ | Midland Credit Management, Inc., P.O. Box 2021, Warren, MI 48090-2021 |
| 14459832 | *+ | Midland Credit Management, Inc., P.O. Box 2021, Warren, MI 48090-2021 |
| 14421580 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14459833 | * | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14401847 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14459834 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14401849 | *+ | Velocity Investment LLC, c/o Burton, Neil & Associates, 1060 Andrew Ave., West Chester, PA 19380-4292 |
| 14459836 | *+ | Velocity Investment LLC, c/o Burton, Neil & Associates, 1060 Andrew Ave., West Chester, PA 19380-4292 |

TOTAL: 2 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:

**Name** | **Email Address**

KEVIN G. MCDONALD
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

MICHELLE JEANNE STRANEN
    on behalf of Creditor Reserves at Bailey Station Homeowners Association mstranen@marcushoffman.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Debtor Raza Gilani Perlick@verizon.net pireland1@verizon.net

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | RAZA GILANI | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 19-19577AMC |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming such service and (1) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed and setting a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326 (a)(2).

BY THE COURT:

**Date: January 13, 2021**

_____
THE HONORABLE ASHELY M. CHAN

Dated:_____